UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-512-TSC |

**Unopposed Motion to Extend Deadline**

　　EPA moves the Court for an extension of EPA's deadline to take final action on the Iron & Steel source category to March 11, 2024. Plaintiffs do not oppose this request.

　　This Court ordered EPA "to perform all acts or duties required by 42 U.S.C. § 7412(d)(6) and § 7412(f)(2)" for, among others, the national emission standards for hazardous air pollutants applicable to the Integrated Iron & Steel source category. ECF No. 50, at 3; Minute Order (Feb. 19, 2020) (extending deadline for source category to May 5, 2020).

　　EPA took final action in response to that order by signing a final rule for Integrated Iron & Steel on May 4, 2020. ECF No. 71.[1] But just a few days earlier, on April 21, the D.C. Circuit had decided *LEAN*. That case holds that EPA must set limits on uncontrolled hazardous air pollutant emissions when it conducts technology reviews under section 112(d)(6) of the Act, 42

---

[1] 85 Fed. Reg. 42,074 (July 13, 2020).

U.S.C. § 7412(d)(6). EPA later concluded that it may not have set all necessary emission limits for hazardous air pollutants as required by *LEAN* when it finalized its action for this source category. To allow EPA to address regulatory gaps in accordance with *LEAN*, the Court granted the parties' joint motion to extend the deadline to October 26, 2023. Minute Order (Apr. 14, 2021).

Since then, EPA requested and collected more information from sources to better understand emissions produced by different process units in their facilities. This summer, EPA issued a proposed rule to address *LEAN*. 88 Fed. Reg. 49,402 (July 31, 2023). The comment period closes on September 29, 2023. *See* 88 Fed. Reg. 63,047 (Sept. 14, 2023) (extending comment period in response to public's requests for more time). Because EPA requires more time to address the comments, the agency asks that the Court extend its deadline to take final action, to March 11, 2024.

Submitted on September 19, 2023.

                                               */s/ Sue Chen*
                                              Sue Chen
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              Tel: (202) 305-0283
                                              Sue.Chen@usdoj.gov

**Certificate of Service**

     I certify that on September 19, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                               */s/ Sue Chen*
                                              Sue Chen